UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                                  :

UNITED STATES OF AMERICA

                                                  :    1:22-CR-124

    -against-                                   :    <u>ORDER</u>

Steven Castellanos

Defendant
------------------------------------X

Paul A. Crotty, United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to include drug testing and treatment as directed by Pretrial Services.

Dated: New York, New York
April __11__, 2022

                                              SO ORDERED:

                                              _____
                                              Paul A. Crotty
                                              United States District Judge