UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　-v-<br><br>STEVEN CASTELLANOS,<br><br>　　　　Defendant. | 22-cr-124 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

　　The Court is in receipt of defendant Steven Castellanos's motion for the return of his property pursuant to Federal Rule of Criminal Procedure 41(g). See ECF No. 22.

　　The Government is hereby ordered to respond to Castellanos's motion no later than August 15, 2025.

　　SO ORDERED.

Dated:　　New York, NY
　　　　　July 14, 2025

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　JED S. RAKOFF, U.S.D.J.